UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROYAL C. CLEVENGER, BARBARA AARON CLEVENGER,<br><br>Plaintiffs,<br><br>vs.<br><br>OCWEN LOAN SERVICES, LLC, et al.,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:15-CV-02531-MHC |

## J U D G M E N T

This action having come before the court, Honorable Mark H. Cohen, United States District Judge, for consideration of Defendants' Motion to Dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 17th day of November, 2015.

JAMES N. HATTEN
CLERK OF COURT

By: s/Traci Clements-Campbell
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
    November 17, 2015
James N. Hatten
Clerk of Court

By:s/Traci Clements-Campbell
      Deputy Clerk